**Opinion issued April 19, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00268-CR

———————————

## IN RE ABNER L. WASHINGTON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Abner L. Washington, proceeding *pro se* and incarcerated, has filed a petition for writ of mandamus seeking to compel the respondent trial judge to rule on his several *pro se* pre-trial motions filed in the underlying criminal proceeding.[1] Relator has also filed a motion to proceed as indigent and a motion to modify the amount of copies required in this Court.

---

[1] The underlying case is *The State of Texas v. Abner Washington*, No. 1487552, in the 182nd District Court of Harris County, the Honorable Jeannine Barr presiding.

We **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).

We dismiss all pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.

Do not publish.  TEX. R. APP. P. 47.2(b).